IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| BARBARA WHEELER | ) | |
| | ) | ELECTRONICALLY FILED |
| | ) | |
| PLAINTIFF | ) | |
| | ) | NO.: 2:08-cv-00104 |
| v. | ) | |
| | ) | |
| | ) | |
| DEBT RELIEF OF AMERICA, LP. | ) | |
| GLOBAL CLIENT SOLUTIONS LLC, | ) | AGREED ORDER OF DISMISSAL |
| ROCKY MOUNTAIN BANK & | ) | |
| TRUST and GLOBAL CLIENT | ) | |
| SOLUTIONS | ) | |
| | ) | |
| DEFENDANTS | ) | |
| | ) | |

**************************

The Plaintiff and the Defendants, being in agreement, and having authorized their respective counsel to submit this Agreed Order, the parties hereby submit this Agreed Order of Dismissal, with prejudice, of all claims that could have been and have been asserted by or against the parties in this civil action. Each party shall bear its costs, expenses and attorneys' fees. This Court retains jurisdiction only for purpose of enforcement of the settlement agreement.

Done this 13th day of August, 2008.

_____
Judge, Eastern District of Tennessee

HAVE SEEN AND AGREED:


/s/ Alan C. Lee (with permission)
Alan C. Lee, Esq.
BPR #012700
P.O. Box 1357
Morristown, Tennessee 37816-1357


/s/ John Wingo
John Wingo, Esq.
BPR No. 16955
Frost Brown Todd LLC
424 Church Street, Suite 1600
Nashville, Tennessee 37219-2308